No. 331. SORENSEN *v.* COLLINS, TRUSTEE. October 14, 1935. Petition for writ of certiorari to the Circuit Court

612

of Appeals for the Seventh Circuit denied. *Mr. Tom D. McKeown* for petitioner. *Mr. Daniel M. Healy* for respondent.